UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

GABRIEL GLADMAN

CASE NO. 8:23 cr 409 SDM-SPF
18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(b)
18 U.S.C. § 922(x)(1)
18 U.S.C. § 924(a)(2)

## INDICTMENT

The Grand Jury charges:

SEALED
NOV 9 2023 PM 3:52
FILED - USDC - FLMD - TPA

## COUNT ONE

On or about November 22, 2022, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

in connection with the acquisition of firearms, specifically a Smith & Wesson, SD40, semi-automatic firearm, with serial number FWV8094, from a federally licensed firearms dealer, knowingly made false and fictitious written statements to the licensed firearms dealer, which statements were intended and likely to deceive, the licensed firearm dealer as to a fact material to the lawfulness of such sale of the said firearms to the defendant under Chapter 44, Title 18, United States Code, in that the defendant represented that he was the actual buyer of the firearms, when in fact the defendant then and there knew that he was buying the firearms on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT TWO

On or about November 22, 2022, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

knowingly sold and/or transferred a handgun, specifically a Smith & Wesson, SD40, semi-automatic firearm, with serial number FWV8094 [handwritten: NG NLF], to D.B., knowing and having reasonable cause to believe that D.B. was a juvenile, in that he had not attained eighteen years of age.

In violation of 18 U.S.C.§§ 922(x)(1) and 922(b).

## COUNT THREE

On or about February 23, 2023, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

in connection with the acquisition of firearms, specifically a Taurus, G2 semi-automatic firearm, with serial number ADL932489, from a federally licensed firearms dealer, knowingly made false and fictitious written statements to the licensed firearms dealer, which statements were intended and likely to deceive, the firearms dealer as to a fact material to the lawfulness of such sale of the same firearm to the defendant, under Chapter 44, Title 18, United States Code, in that the defendant represented that he was the actual byer of the firearm, when in fact the defendant then and there knew that he was buying the firearm on behalf of someone else.

2

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT FOUR

On or about February 23, 2023, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

knowingly sold and/or transferred a handgun, that is, a Taurus G2 semi-automatic firearm, with serial number ADL932489, to S.B., knowing and having reasonable cause to believe that S.B., was a juvenile, in that he had not attained eighteen years of age.

In violation of 18 U.S.C.§§ 922(x)(1) and 922(b).

## COUNT FIVE

On or about March 1, 2023, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

in connection with the acquisition of firearms, specifically, a Glock 26 semi-automatic firearm, BVVL327, from a federally licensed firearms dealer, knowingly made false and fictitious written statements to the licensed firearms dealer, which statements were intended and likely to deceive, the licensed firearm dealer as to a fact material to the lawfulness of such sale of the same firearm to the defendant, under Chapter 44, Title 18, United States Code, in that the defendant represented that he was the actual buyer of the firearm, when in fact the defendant then and there knew that he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT SIX

On or about March 1, 2023, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

knowingly sold and/or transferred a handgun, that is a Glock 26, semi-automatic firearm, with serial number BVVL327, to S.B., knowing and having reasonable cause to believe, that S.B. was a juvenile, in that he had not attained eighteen years of age.

In violation of 18 U.S.C. §§ 922(x)(1) and 922(b).

## COUNT SEVEN

On or about April 2, 2023, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

in connection with the acquisition of firearms, specifically, a FMK 9C1 semi-automatic firearm, with serial number BGB1048, from a federally licensed firearms dealer, knowingly made false and fictitious written statements to the licensed firearms dealer, which statements were intended and likely to deceive, the licensed firearm dealer as to a fact material to the lawfulness of such sale of the same firearm to the defendant, under Chapter 44, Title 18, United States Code, in that the defendant represented that he was the actual buyer of the firearm, when in fact the defendant then and there knew that he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT EIGHT

On or about April 8, 2023, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

in connection with the acquisition of firearms, specifically, a Taurus G3 semi-automatic firearm, with serial number ABD494999, from a federally licensed firearms dealer, knowingly made false and fictitious written statements to the licensed firearms dealer, which statements were intended and likely to deceive, the licensed firearm dealer as to a fact material to the lawfulness of such sale of the same firearm to the defendant, under Chapter 44, Title 18, United States Code, in that the defendant represented that he was the actual buyer of the firearms, when in fact the defendant then and there knew that he was buying the firearms on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT NINE

On or about April 8, 2023, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

knowingly sold and/or transferred a handgun, that is a Taurus G3 semi-automatic firearm, with serial number ABD494999, to T.M., knowing and having reasonable cause to believe that T.M. was a juvenile, in that he had not attained eighteen years of age.

In violation of 18 U.S.C. §§ 922(x)(1) and 922(b).

## COUNT TEN

On or about May 19, 2023, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

in connection with the acquisition of firearms, specifically a Tara TM-9X semi-automatic firearm, with serial number UA2974, from a federally licensed firearms dealer, knowingly made false and fictitious written statements to the licensed firearms dealer, which statements were intended and likely to deceive, the licensed firearm dealer as to a fact material to the lawfulness of such sale of the said firearms to the defendant under Chapter 44, Title 18, United States Code, in that the defendant represented that he was the actual buyer of the firearms, when in fact the defendant then and there knew that he was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT ELEVEN

On or about May 19, 2023, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

knowingly sold and/or transferred a handgun, that is a Tara TM-9X semi-automatic firearm, with serial number UA2974, to T.M., knowing and having reasonable cause to believe that T.M., was a juvenile, in that he had not attained eighteen years of age.

In violation of 18 U.S.C. §§ 922(x)(1) and 922(b).

## COUNT TWELVE

On or about May 19, 2023, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

in connection with the acquisition of firearms, specifically a Tara TM-9X semi-automatic firearm, with serial number UA2996, from a federally licensed firearms dealer, knowingly made false and fictitious written statements to the licensed firearms dealer, which statements were intended and likely to deceive, the licensed firearm dealer as to a fact material to the lawfulness of such sale or the said firearm to the defendant under Chapter 44, Title 18, United States Code, in that the defendant represented that he was the actual buyer of the firearms, when in fact the defendant then and there knew that he was buying the firearms on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT THIRTEEN

On or about May 19, 2023, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

knowingly sold and/or transferred a handgun, that is a Tara TM-9X semi-automatic firearm, with serial number UA2996, to T.M., knowing and having reasonable cause to believe, that T.M. was a juvenile, in that he had not attained eighteen years of age.

In violation of 18 U.S.C. §§ 922(x)(1) and 922(b).

## COUNT FOURTEEN

On or about June 16, 2023, in the Middle District of Florida, the defendant,

GABRIEL GLADMAN,

in connection with the acquisition of firearms, specifically a Taurus, G3C semi-automatic firearm, with serial number ABH797327, from a federally licensed firearms dealer, knowingly made false and fictitious written statements to the licensed firearms dealer, which statements were intended and likely to deceive, the licensed firearm dealer as to a fact material to the lawfulness of such sale of the said firearms to the defendant under Chapter 44, Title 18, United States Code, in that the defendant represented that he was the actual buyer of the firearms, when in fact the defendant then and there knew that he was buying the firearms on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Counts One through Fourteen are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of the violation of 18 U.S.C. § 922, defendant GABRIEL GLADMAN shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to the following:

   a. A Smith & Wesson, SD40, .40 caliber semi-automatic firearm (SN: FWV8094).

   b. A Taurus G2 semi-automatic firearm (SN: ADL932489).

   c. A Glock 26 semi-automatic firearm (SN: BVVL327).

   d. A FMK 9C1 semi-automatic firearm (SN: BGB1048).

   e. A Taurus G3 semi-automatic firearm (SN: ABD494999).

   f. A Tara TM-9X semi-automatic firearm (SN: UA2974).

   g. A Tara TM-9X semi-automatic firearm (SN: UA2996).

   h. A Taurus G3C semi-automatic firearm (SN: ABH797327).

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty,

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this 9th day of November 2023.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Maria Guzman
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Violent Crimes and Narcotics Section